IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BLUE COMPASS RV, LLC** <br> **F/K/A RV RETAILER, LLC ,** <br><br> Plaintiff, <br><br> v. <br><br> **TWIN CITY FIRE INSURANCE COMPANY,** <br><br> Defendant. | § § § § § § § § § § § § § | Civil Action No. 4:25-cv-00984 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.1(c), Plaintiff Blue Compass RV, LLC f/k/a RV Retailer, LLC discloses and certifies the following:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

    Not applicable – Plaintiff is not a corporation

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    Blue Compass RV, LLC f/k/a RV Retailer, LLC
    *Plaintiff*

    Cokinos | Young, P.C.
    *Plaintiff's counsel of record*

    Twin City Fire Insurance Company
    *Defendant*

    The Hartford Financial Services Group, Inc.
    *Defendant's parent corporation*

> Any person or entity not disclosed herein whose identity may be disclosed or supplemented by other parties to this action pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure.

3. Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby declares the following with respect to citizenship attributable to Plaintiff:

> Plaintiff Blue Compass RV, LLC, is a limited liability company formed under the laws of Delaware. Blue Compass RV, LLC's sole member is Non-Party RV Retailer Intermediate Floorplan Holdings II, LLC, which is a limited liability company formed under the laws of Delaware and whose members are citizens of Texas, Pennsylvania, Maryland, Florida, Arizona, and Washington, D.C.
>
> Accordingly, Blue Compass RV, LLC is a citizen of Texas, Pennsylvania, Maryland, Florida, Arizona, and Washington, D.C.

Respectfully submitted,

By: */s/ Travis M. Brown*
Travis M. Brown
Texas Bar No. 24061890
tbrown@cokinoslaw.com
Timothy P. Delabar
Texas Bar No. 24116273
tdelabar@cokinoslaw.com
COKINOS | YOUNG
One Galleria Tower
13355 Noel Road, Suite 1375
Dallas, Texas 75240
Telephone:  (817) 635-3600
Facsimile:  (817) 635-3633

***ATTORNEYS FOR PLAINTIFF
BLUE COMPASS RV, LLC F/K/A
RV RETAILER, LLC***